# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 5, 2012

Robert P. Young, Jr.,
Chief Justice

145758

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LORI TRIERWEILER WEISS f/k/a
LORI TRIERWEILER GROSS,
     Plaintiff-Appellant,

v

DEAN MICHAEL GROSS,
     Defendant-Appellee.

SC: 145758
COA: 308804
Ionia CC Family Division:
2005-023900-DM

_____/

     On order of the Court, the application for leave to appeal the July 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 5, 2012

_____
Clerk

p1002